IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL HENNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cv-443-DWD |
| | ) |
| JEREMY KOHN, | ) |
| MATTHEW MCCARTHY, | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| HAILEY KERMICHAEL, | ) |
| SHERRY MCVEY, | ) |
| DENSMORE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND ORDER

**DUGAN, District Judge:**

This matter is before the Court for case management purposes. The Court screened Plaintiff's Complaint (Doc. 1) pursuant to 28 U.S.C. §1915A on July 12, 2019 ("Screening Order") (Doc. 10). On September 28, 2020, the Court granted Plaintiff's Motion for Leave (Doc. 82) and filed Plaintiff's First Amended Complaint (Doc. 83). The First Amended Complaint adds a claim for deliberate indifference against Defendant Densmore (Doc. 82; Doc. 83). A request for waiver of service of summons was sent to Defendant Densmore on September 28, 2020 (Doc. 84). Defendant Rick Densmore returned the executed waiver of service on October 19, 2020 (Doc. 91). Defendant's responsive pleading was due December 7, 2020. Fed. R. Civ. P. 12(a)(1)(A)(ii). As of this date, Defendant Densmore has failed to move, answer, or otherwise plead in response to the Amended Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Densmore in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendant Densmore on or before June 11, 2021, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Densmore for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Densmore.

**SO ORDERED.**

Dated: May 21, 2021

_____
DAVID W. DUGAN
United States District Judge